IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| EDDIE FAULKNER, | ) |
| Plaintiff, | ) |
| VS. | ) No. 05-1128-T/An |
| MILAN EXPRESS CO., INC. and CHRISTOPHER ADOMYTE, | ) |
| Defendant. | ) |

ORDER TO SHOW CAUSE

On October 24, 2005, the Court issued an order for the plaintiff to submit, within thirty days, either the $250 civil filing fee or an updated *in forma pauperis* affidavit. Thirty days has now elapsed, and plaintiff has neither tendered the filing fee nor filed a new financial affidavit. Thus, the plaintiff is hereby ORDERED to show cause, within eleven days after the entry of this order, why this case should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

2 December 2005
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12-07-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 1:05-CV-01128 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

Wanda Abioto
LAW OFFICE OF WANDA ABIOTO
1555 Madison Ave.
Memphis, TN 38104

Honorable James Todd
US DISTRICT COURT